SHARYN M. FISK, ESQ., State Bar No. 199898
EDWARD M. ROBBINS, JR., State Bar No. 082696
Hochman Salkin Rettig Toscher & Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: 310/281-3200
Fax: 310/859-1430
E-Mail: fisk@taxlitigator.com

Attorneys for Plaintiff Richard D. Bagley

FILED
CLERK, U.S. DISTRICT COURT
SEP - 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN REGION

| | |
|---|---|
| RICHARD D. BAGLEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. CV-10-00483-RT(FMOx)<br><br>RYT<br>[~~Proposed~~] JUDGMENT |

JUDGMENT

Pursuant to the Court's Order (Doc. #78) and Findings of Fact and Conclusions of Law (Doc. #79) signed on August 5, 2013, by the Hon. Robert Timlin, United States District Judge, Presiding,

IT IS HEREBY ORDERED AND ADJUDGED (1) that there is an overpayment of federal income tax in the amount of $3,939,746 for the calendar year 2003 which overpayment was made by Plaintiff Richard D. Bagley, and (2) that Plaintiff Richard D. Bagley is awarded judgment for, and shall recover such overpayment of tax against Defendant United States of America, together with interest as permitted by 26 U.S.C. Section 6611 and 28 U.S.C. Section 2411, at the rate set forth in 26 U.S.C. Section 6621.

DATED: September 6, 2013

The Hon. Robert Timlin
United States District Judge

Presented by:

SHARYN M. FISK
Attorney for Plaintiff


/s/ Sharyn M. Fisk
SHARYN M. FISK


Approved as to form:

DARWIN THOMAS
Attorney for Defendant


/s/ Darwin Thomas
DARWIN THOMAS

#987334

JUDGMENT